UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE MARTINEZ,

                Plaintiff,

   -against-                                        19 **CIVIL** 8868 (KMK)

                                                                    **JUDGMENT**

CORRECTION OFFICER J. FRANCO,
CORRECTION OFFICER A. BERRIOS,
CORRECTION SERGEANT J. VELEZ,
CORRECTION OFFICER DELOVIC,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 29, 2022, Defendants' Motion To Dismiss is granted. Because this is the second adjudication of Plaintiff's claims, the claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        April 29, 2022

                                                                      **RUBY J. KRAJICK**

                                                                      Clerk of Court

                               **BY:**

                                                                      **Deputy Clerk**